Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:11-cv-02797-SVW -CW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 2, 3, 4, 5, 6, 7, 8, 9 AND 10** |

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses without prejudice Does Defendants 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 who were assigned the IP Addresses 69.230.200.88, 99.64.243.186, 70.181.92.20, 76.167.120.9, 76.175.50.155, 108.13.252.194, 173.55.142.82, 71.189.15.167, 74.100.21.145 and 74.111.210.168. Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Case No.

Respectfully submitted,

By: */s/ Adam M. Silverstein*

Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

Case No.